# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brandy Elizabeth Etterman a/k/a Brandy Elizabeth Myers<br>Joshua Michael Etterman<br>Debtor(s) | BK NO. 23-00385 HWV<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                            Respectfully submitted,

                            /s/ *Michael Farrington*
                            Michael Farrington
                            09 Mar 2023, 10:02:28, EST


                            KML Law Group, P.C.
                            BNY Mellon Independence Center
                            701 Market Street, Suite 5000
                            Philadelphia, PA  19106
                            215-627-1322