United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00385-HWV |
| Brandy Elizabeth Etterman | Chapter 7 |
| Joshua Michael Etterman | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 10, 2023 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brandy Elizabeth Etterman, 5 Monroe Avenue, Lebanon, PA 17046-1559 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| jdb | + Email/PDF: jetterman@outlook.com | Mar 10 2023 18:37:00 | Joshua Michael Etterman, 5 Monroe Avenue, Lebanon, PA 17046-1559 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2023           Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kara Katherine Gendron | karagendrontrustee@gmail.com  PA89@ecfcbis.com,trusteenoticesbox@gmail.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |
| Paul C Bametzreider | on behalf of Creditor Swatara Township paulb@reillywolfson.com  dhiggins@reillywolfson.com |

| | | |
|---|---|---|
| Tracy Lynn Updike | | on behalf of Creditor Members 1st Federal Credit Union tlupdike@mette.com rkvansteenacker@mette.com;dlmellott@mette.com |
| United States Trustee | | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| BRANDY ELIZABETH ETTERMAN | : | CASE NO: 1-23-00385-HWV |
| a/k/a BRANDY ELIZABETH MYERS and | : | |
| JOSHUA MICHAEL ETTERMAN | : | |
| | : | |
| Debtors | : | |
| | : | |
| MEMBERS 1ST FEDERAL CREDIT | : | Motion for Relief from Automatic Stay |
| UNION | : | regarding 1187 Letchworth Road, |
| | : | Camp Hill, PA 17011 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| JOSHUA MICHAEL ETTERMAN and | : | |
| KARA KATHERINE GENDRON, | : | |
| CHAPTER 7 TRUSTEE | : | |
| | : | |
| Respondents | : | |

**ORDER**

Upon consideration of the Motion of Members 1st Federal Credit Union for Relief from the Automatic Stay, it is hereby ORDERED that the Automatic Stay of Bankruptcy Code §362(a) be, and the same hereby is, MODIFIED to permit Members 1st Federal Credit Union to foreclose on its loan, and, without limitation, to exercise any other rights it has under the loan with respect to the real estate located at 1187 Letchworth Road, Camp Hill, Pennsylvania.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 10, 2023