United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-00385-HWV

Brandy Elizabeth Etterman  Chapter 7

Joshua Michael Etterman

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 3
Date Rcvd: Mar 15, 2023    Form ID: pdf010    Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brandy Elizabeth Etterman, 5 Monroe Avenue, Lebanon, PA 17046-1559 |
| cr | | Members 1st Federal Credit Union, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5523647 | + | Bureau of Account Management, 3607 Rosemont Ave, Camp Hil, PA 17011-6904 |
| 5523671 | + | City of Lebanon Authority, 2311 Ridgeview Rd, Lebanon, PA 17042-2565 |
| 5523641 | + | Community Federal Savings Bank, 8916 Jamaica Ave, Woodhaven, NY 11421-2040 |
| 5523642 | + | Derry Township Tax Collector, 610 Clearwater Rd, Hershey, PA 17033-2453 |
| 5523646 | + | FinSys of Richmond, Inc, PO Box 786, Richmond, IN 47375-0786 |
| 5523664 | + | Gravenor Home for Funerals, 100 W. Main St, Ephrata, PA 17522-2078 |
| 5523668 | + | Intoxalock, 11035 Aurora Avenue, Des Moines, IA 50322-7902 |
| 5523661 | + | Keystone Collections Group, 400 S. 8th St, Lebanon, PA 17042-6794 |
| 5523645 | + | LVNV Funding, LLC, C/O Resurgent Capital Services, PO Box 12, Greenville, SC 29602-0012 |
| 5523669 | + | Lancaster General Health, PO Box 824809, Philadelphia, PA 19182-4809 |
| 5523673 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-Ed, Attn: DG Administrator - R-REAP-31, 2800 Pottsville Pike, Reading, PA 19605 |
| 5523672 | + | Northern Lebanon County Authority, 400 Jonestown Rd, PO Box 434, Jonestown, PA 17038-0434 |
| 5523649 | | PSECU, PO Box 67012, Harrisburg, PA 17106-7012 |
| 5523670 | | Penn State Health, PO Box 829725, Philadelphia, PA 19182-9725 |
| 5523663 | + | Progressive, PO Box 4640, Carol Stream, IL 60197-4640 |
| 5525803 | + | Swatara Township, 68 Supervisor Drive, Jonestown, PA 17038-8904 |
| 5523640 | + | Swatara Township, 68 Supervisors Drive, Jonestown, PA 17038-8904 |
| 5523658 | + | York Collections, 33 S. Duke St, York, PA 17401-1401 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| jdb | + | Email/PDF: jetterman@outlook.com | Mar 15 2023 18:44:00 | Joshua Michael Etterman, 5 Monroe Avenue, Lebanon, PA 17046-1559 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 15 2023 18:46:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5523644 | + | Email/Text: legal@arsnational.com | Mar 15 2023 18:44:00 | ARS National, 201 West Grand Ave, Escondido, CA 92025-2603 |
| 5523643 | + | Email/Text: legal@arsnational.com | Mar 15 2023 18:44:00 | ARS National Services, PO Box 463023, Escondido, CA 92046-3023 |
| 5523652 | | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 15 2023 18:44:00 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413 |
| 5523651 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2023 18:46:03 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5523656 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 15 2023 18:46:14 | Dept of Ed/AIDV, PO Box 9635, Wilkes-Barre, PA 18773-9635 |
| 5523653 | + | Email/Text: bankruptcydepartment@tsico.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 15 2023 18:44:00 | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 5523650 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 15 2023 18:46:08 | JPMCB, JPMorgan Chase, PO Box 15018, Wilmington, DE 19850 |
| 5523655 | + | Email/Text: unger@members1st.org | Mar 15 2023 18:44:00 | Members 1st FCU, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 5523660 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 15 2023 18:44:00 | Midland Credit Management, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 5523654 | + | Email/Text: bankruptcy@moneylion.com | Mar 15 2023 18:44:00 | Moneylion, PO Box 1547, Sandy, UT 84091-1547 |
| 5523662 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 15 2023 18:44:00 | PNC Bank, PO Box 71335, Philadelphia, PA 19176-1335 |
| 5523648 | | Email/PDF: ebnotices@pnmac.com | Mar 15 2023 18:46:09 | Pennymac Loan Services LLC, PO Box 30597, Los Angeles, CA 90030-0597 |
| 5523659 | | Email/Text: bankruptcy@springoakscapital.com | Mar 15 2023 18:44:00 | Spring Oaks Capital LLC, PO Box 1216, Chesapeake, VA 23327-1216 |
| 5523666 | + | Email/Text: bankruptcy@sw-credit.com | Mar 15 2023 18:44:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 5523843 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 15 2023 18:46:03 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5523667 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Mar 15 2023 18:46:02 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 5523665 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 15 2023 18:44:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 5523657 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 15 2023 18:46:14 | Wells Fargo, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Swatara Township, 68 Supervisors Drive, Jonestown, PA 17038-8904 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 17, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kara Katherine Gendron | karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| Paul C Bametzreider | on behalf of Creditor Swatara Township paulb@reillywolfson.com dhiggins@reillywolfson.com |
| Tracy Lynn Updike | on behalf of Creditor Members 1st Federal Credit Union tlupdike@mette.com rkvansteenacker@mette.com;dlmellott@mette.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 7 |
| BRANDY ELIZABETH ETTERMAN and : | |
| JOSHUA MICHAEL ETTERMAN, : | CASE NO. 1:23-bk-00385-HWV |
| : | |
| Debtors. : | |

## ORDER

Upon consideration of the Request to Waive Credit Counseling filed by the Debtors, Doc. 3, and following a hearing held on March 14, 2023, Doc. 23, and for the reasons stated on the record, it is

**ORDERED** that the Debtor's case is dismissed without prejudice pursuant to 11 U.S.C. § 109(h).

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 15, 2023